IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    )
-------------------- Plaintiff,              ) Fort Pierce, Florida
                                             )
                                             )
                                             )
                                             )
        vs.                                  )        Case No.
                                             ) 04-CR-14046-DLG
                                             )
                                             )
ASTRID NATALIA TORRES-PEREZ,                 )
-------------------- Defendant.              ) PAGES 1 THROUGH 7


TRANSCRIPT OF SENTENCING

BEFORE THE HONORABLE DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

JANUARY 14, 2005, 11:10 A.M.

**ORIGINAL**

APPEARANCES:

For the Plaintiff:        Mr. Mark Johnson, AUSA
                          OFFICE OF U.S. ATTORNEY
                          505 S. 2nd Street
                          Suite 200
                          Fort Pierce, Florida   34950


For the Defendant:        Mr. Martin Bidwill, AFPD
                          FEDERAL PUBLIC DEFENDER'S OFFICE WPB
                          400 Australian Avenue N
                          Suite 300
                          West Palm Beach, Florida   33401-5634


Court Reporter:           Carly L. Horenkamp, RMR, CRR
                          U.S. District Court
                          99 N.E. 4th Street, Suite 1155
                          Miami, Florida   33132
                          (305) 523-5138

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

## CASE NO. 04-14046-CR GRAHAM

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
   consisting of (boxes, notebooks, etc.)_____

☐ BOUND EXTRADITION PAPERS

☐ ADMINISTRATIVE RECORD (Social Security)

☐ ORIGINAL BANKRUPTCY TRANSCRIPT

☐ STATE COURT RECORD (Habeas Cases)

☒ SOUTHERN DISTRICT TRANSCRIPTS

☐ LEGAL SIZE

☐ DOUBLE SIDED

☐ PHOTOGRAPHS

☐ POOR QUALITY (e.g. light print, dark print, etc.)

☐ SURETY BOND (original or letter of undertaking)

☐ CD's, DVD's, VHS Tapes, Cassette Tapes

☐ OTHER = _____